SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
JOHN LEE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE,<br><br>    Plaintiff,<br><br>    vs.<br><br>ERNEST A. GENOVESE, AS TRUSTEE OF THE ERNEST A. GENOVESE TRUST; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 8:23-cv-01705 DSF (JDEx)<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: May 13, 2024<br>Time: 1:30 p.m.<br>Courtroom: 7D<br><br>Honorable Judge Dale S. Fischer |

To Defendant ERNEST A. GENOVESE, AS TRUSTEE OF THE ERNEST A. GENOVESE TRUST, and the attorneys of record, if any: Please take notice that on May 13, 2024, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 W. First Street, Los Angeles, California, Plaintiff JOHN LEE will present Plaintiff's motion for default judgment against Defendant ERNEST A. GENOVESE, AS TRUSTEE OF THE ERNEST A. GENOVESE TRUST. The Clerk has previously entered the default on said Defendant on March 12, 2024 (Dkt. #16).

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant ERNEST A. GENOVESE, AS TRUSTEE OF THE ERNEST A. GENOVESE TRUST, is not a minor or an incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant ERNEST A. GENOVESE, AS TRUSTEE OF THE ERNEST A. GENOVESE TRUST, has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages, $2,525.00 in attorney's fees, and $587.00 in costs as set forth in the attached Declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant are readily accessible to and usable by individuals with disabilities at the property located at or about 3305 S. El Camino Real, San Clemente, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant ERNEST A. GENOVESE, AS TRUSTEE OF THE ERNEST A. GENOVESE TRUST, on April 11, 2024, by first class United States Mail, postage prepaid.

Dated:  April 11, 2024         **SO. CAL. EQUAL ACCESS GROUP**


By:   */s/ Jason J. Kim*_____
        Jason J. Kim, Esq.
        Attorneys for Plaintiff